IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 100.35.226.40

**ISP:** Verizon Internet Services
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/23/2018 07:29:57 | A1E23EBC120122B1DFD1DFB9014967301301D241 | X-art Unauthorized Pack A1E23EB |
| 12/17/2017 12:02:26 | B0BDE8708FC36E831E1D82EE32A0D92D8C45BC23 | Your Luckiest Night |
| 12/04/2017 08:59:10 | 590B58B3AB990F820A1D0BAA188CE8C18A60DD69 | Black Friday Can FUCK My Ass |
| 11/23/2017 01:39:28 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 11/22/2017 20:43:22 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |
| 11/14/2017 20:21:11 | 5A659AD1730678358B4D10AEC2A35F0FB0C89812 | An Afternoon Inside Kim |
| 11/13/2017 14:55:40 | 30E1E55EEEF3C0E950827C182267B3CF51A8E6EA | Black Widow |
| 11/12/2017 13:26:13 | 3CD4FFAF5440DFE6A6E9BE4946542C08ECB5C417 | Threesome With a View |
| 11/11/2017 20:38:00 | 29E48CB0C760C5B0BD131F13C1920C42AFE71735 | Pure Gold |
| 11/11/2017 19:25:22 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 11/11/2017 18:54:07 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 10/28/2017 01:40:35 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

CNJ674