**Copyrights-In-Suit for IP Address 100.35.226.40**

**ISP:** Verizon Internet Services
**Location:** Jersey City, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Fucking Picnic | PA0001970487 | 09/12/2015 | 09/21/2015 | 01/23/2018 |
| Catching the Sun | PA0001950762 | 07/09/2015 | 07/13/2015 | 01/23/2018 |
| Good Morning I Love You | PA0001941287 | 04/22/2015 | 04/27/2015 | 01/23/2018 |
| Red Hot and Ready | PA0001935104 | 03/03/2015 | 03/11/2015 | 01/23/2018 |
| Tiny Seductress | PA0001974011 | 11/20/2015 | 12/07/2015 | 01/23/2018 |
| Unbreelievable | PA0001938830 | 03/28/2015 | 04/06/2015 | 01/23/2018 |
| Your Luckiest Night | PA0002097537 | 12/15/2017 | 01/03/2018 | 12/17/2017 |
| Black Friday Can FUCK My Ass | PA0002095001 | 11/27/2017 | 12/05/2017 | 12/04/2017 |
| Caprice Swaps Cocks | PA0002036760 | 09/17/2016 | 12/04/2016 | 11/23/2017 |
| Would You Fuck My Girlfriend | PA0002094797 | 11/10/2017 | 11/28/2017 | 11/22/2017 |
| An Afternoon Inside Kim | PA0002050594 | 06/01/2017 | 08/29/2017 | 11/14/2017 |
| Black Widow | PA0001987183 | 12/25/2015 | 01/18/2016 | 11/13/2017 |
| Threesome With a View | PA0002015110 | 04/15/2016 | 05/31/2016 | 11/12/2017 |
| Pure Gold | PA0002078620 | 08/23/2017 | 08/30/2017 | 11/11/2017 |
| Piano Concerto | PA0002086118 | 09/15/2017 | 10/11/2017 | 11/11/2017 |
| Sex For Three By The Sea | PA0002078047 | 07/29/2017 | 08/30/2017 | 11/11/2017 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 10/28/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  17**

EXHIBIT B

CNJ674