X-art Unauthorized Pack A1E23EB

A Fucking Picnic

Catching the Sun

Good Morning I Love You

Red Hot and Ready

Tiny Seductress

Unbreelievable

**Total Registered Works in X-art Unauthorized Pack A1E23EB: 6**

Exhibit C

CNJ674