| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: EFFECTED (1) BY ME: TITLE: | SUMMONS ON AMENDED COMPLAINT, AMENDED COMPLAINT, CERTIFICATE OF SERVICE, ATTACHMENT AND DISCLOSURE STATEMENT<br>MICHAEL MARRA<br>PROCESS SERVER |
|---|---|
| | DATE: 9/24/2018 6:46:19 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

IFEYINWA ONYEASO

Place where served:

50 CHRISTOPHER COLUMBUS DR. UNIT 903 JERSEY CITY NJ 07305

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

NWACHUKWU ONYEASO

Relationship to defendant **SPOUSE**

Description of Person Accepting Service:

SEX: M   AGE: 36-50   HEIGHT: OVER 6'   WEIGHT: OVER 200 LBS.   SKIN: BLACK   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 9 / 25 / 20 18      _____ L.S.

SIGNATURE OF MICHAEL MARRA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ROSEMARY RAMOS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 25, 2018

ATTORNEY:   PATRICK J. CERILLO, ESQ.
PLAINTIFF:   MALIBU MEDIA, LLC
DEFENDANT:  JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 100.35.226.40
VENUE:       DISTRICT
DOCKET:      2 18 CV 03250 KSH CLW
COMMENT: